UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NOLAN C. DAVIS, SR. | CIVIL ACTION |
| VERSUS | NO. 09-2784 |
| MARLIN GUSMAN ET AL. | SECTION "I" (2) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment, Record Doc. No. 21, is hereby **GRANTED** and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Record Doc. No. 12, and Motion for Partial Summary Judgment, Record Doc. No. 38, are DENIED.

New Orleans, Louisiana, this 3rd day of June, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE